UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MARIA GUADALUPE SECK,

    Plaintiff,

    v.

TARGET CORPORATION,

    Defendant.

Case No. 15-cv-02953-NC

**ORDER TO VACATE CASE MANGEMENT CONFERENCE**

The case management conference scheduled for Wednesday, September 23, 2015 at 10:00 am in Courtroom 7, 4th Floor, San Jose is hereby VACATED.  The next case management conference will be at 10:00 am on January 27, 2016 in Courtroom 7, 4th Floor, San Jose.  Updated case management statements are due by January 20, 2016.  Initial disclosure are due within 14 days of this order.  Amended pleadings and motions to add parties are due within 28 days of this order.  Protective orders, if needed, must be requested within 28 days of this order.  The case has already been referred to mediation.  The trial date and remaining deadlines will be set at the next case management conference.

**IT IS SO ORDERED.**

Dated:  September 21, 2015

_____
NATHANAEL M. COUSINS
United States Magistrate Judge

Case No. 15-cv-02953-NC