United States District Court
Northern District of California

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA GUADALUPE SECK<br><br>Plaintiff,<br><br>v.<br><br>TARGET CORPORATION,<br><br>Defendant. | Case No. 15-cv-02953-NC  (ADR)<br><br>**ORDER RE: ATTENDANCE AT MEDIATION**<br><br>Date: January 21, 2016<br>Mediator: William Simmons |

IT IS HEREBY ORDERED that the request to excuse defendant Target Corporation's claims person, Jenny Schock, from appearing in person at the January 21, 2016, mediation before William Simmons is GRANTED. Ms. Schock shall participate telephonically in the mediation as set forth in ADR L.R. 6-10(f).

**IT IS SO ORDERED**.

Dated: December 1, 2015

_____
Maria-Elena James
United States Magistrate Judge